| | |
|---|---|
| 1 | LEONARDO M. RAPADAS<br>United States Attorney |
| 2 | FREDERICK A. BLACK<br>Assistant U.S. Attorney |
| 3 | Suite 500, Sirena Plaza<br>108 Hernan Cortez Ave. |
| 4 | Hagåtña, Guam 96910<br>TEL: (671) 472-7332 |
| 5 | FAX: (671) 472-7334 |

FILED
DISTRICT COURT OF GUAM
APR 23 2007
MARY L.M. MORAN
CLERK OF COURT

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>KAM KUENG LAU aka DAVY LAU,<br><br>　　　　　　　Defendant. | ) CRIMINAL CASE NO. 94-00007<br>)<br>)<br>) **ERRATUM**<br>)<br>) **CORRECT NAME SPELLING**<br>) **AND REISSUE WARRANT**<br>)<br>) |

COMES NOW the United States and hereby files with the Court an Erratum to correct the name spelling of Kam Kueng Lau, aka Davy Lau, to Lau Kam-keung, aka Kam Kueng Lau, aka Davy Lau, in the above case. The defendant Kam Kueng Lau, aka Davy Lau, presently goes by another name that is actually spelled Lau Kam-keung instead of Kam Kueng Lau. Therefore, the government requests a new arrest warrant that would read Lau Kam-keung, aka Kam Kueng Lau, aka Davy Lau.

　　　　　　　　　　　　　　　　　　　LEONARDO M. RAPADAS
　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　Districts of Guam and NMI

　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　FREDERICK A. BLACK
　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney