LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 94-00007 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | |
| | ) | **CORRECT NAME SPELLING** |
| KAM KUENG LAU aka DAVY LAU, | ) | **AND REISSUE WARRANT** |
| | ) | |
| Defendant. | ) | |

Upon request by the United States of America,

IT IS HEREBY ORDERED that the Clerk of Court shall correct the name spelling of Kam Kueng Lau a.k.a. Davy Lau to **Lau Kam-keung, a.k.a. Kam Kueng Lau a.k.a. Davy Lau** as it appears on the court's docket. Furthermore, the warrant previously issued for Kam Kueng Lau a.k.a. Davy Lau is hereby recalled. The Clerk of Court is directed to issue a new arrest warrant for Lau Kam-keung, a.k.a. Kam Kueng Lau a.k.a. Davy Lau

So Ordered.

/s/ Frances M. Tydingco-Gatewood
    Chief Judge
**Dated: Apr 24, 2007**