# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-94-00007-002            DATE: February 26, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Recorder: Francine A. Diaz |
| Courtroom Deputy: Francine A. Diaz | Electronically Recorded: 3:38:07-3:41:34 |
| CSO: N. Edrosa | |

**APPEARANCES:**

Defendant: Kam-Keung Lau aka Davy Lau     Attorney: Leilani Lujan
    Present    Custody    Bond    P.R.         Present    Retained    FPD    CJA

U.S. Attorney: Frederick A. Black     U.S. Agent: Ken Klocke, FBI
U.S. Probation: Stephen Guilliot     U.S. Marshal: John Untalan/Matt Cepeda
Interpreter:     Language:

**PROCEEDINGS: Initial Appearance on Petition for Revocation of Pretrial Release**
- Sentencing set for: 5/26/2008 at 9:00
- Draft Presentence Report due to the parties: 4/18/2008
- Response to Presentence Report: 5/2/2008
- Final Presentence Report due to the Court: 5/19/2008
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: