AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of **GUAM**

FILED
DISTRICT COURT OF GUAM
FEB 26 2008
JEANNE G. QUINATA
Clerk of Court

RECEIVED
APR 26 2007
US MARSHALS SERVICE-GUAM

UNITED STATES OF AMERICA

V.

LAU KAM-KEUNG aka
KAM KUENG LAU aka DAVY LAU

**WARRANT FOR ARREST**

Case Number: CR-94-00007-002

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **LAU KAM-KEUNG aka KAM KUENG LAU aka DAVY LAU**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☑ Violation Notice

charging him or her with (brief description of offense)

SEE EX PARTE MOTION FOR A WARRANT OF ARREST TO REVOKE THE DEFENDANT'S
RELEASE CONDITIONS, FILED MARCH 15, 1994

in violation of Title **18** United States Code, Section(s) **3148(b)**

| WALTER M. TENORIO | _signature_ |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 4/25/2007    HAGATNA, GUAM |
| Title of Issuing Officer | Date    Location |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at **A**

HONG KONG CORRECTIONAL CENTER IN HONG KONG (PEOPLES REPUBLIC OF CHINA)

| DATE RECEIVED 4-26-08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 2-25-08 | JUAN C. UNTALAN | _signature_ |

ORIGINAL

AO 442  (Rev. 10/03) Warrant for Arrest

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:  LAU KAM-KEUNG aka KAM KUENG LAU aka DAVY LAU

ALIAS:

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH:

SOCIAL SECURITY NUMBER:

HEIGHT:                                     WEIGHT:

SEX:                                        RACE:

HAIR:                                       EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: