# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

**UNITED STATES OF AMERICA**

V.

**LAU KAM-KEUNG aka KAM-KEUNG LAU aka DAVY LAU**

**NOTICE**

CASE NUMBER: **CR-94-00007-002**

TYPE OF CASE:

☐ **CIVIL**     X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

## SENTENCING

X **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE<br>U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Hon. Frances M. Tydingco-Gatewood | **MAY 26, 2008 AT 9:00 A.M.** | **MAY 27, 2008 AT 9:00 A.M.** |

JEANNE G. QUINATA
CLERK OF COURT

February 26, 2008
DATE

/s/ FRANCINE A. DIAZ
(BY) DEPUTY CLERK

TO:     U.S. ATTORNEY'S OFFICE
          LEILANI LUJAN, ESQ.
          U.S. PROBATION OFFICE
          U.S MARSHALS SERVICE