AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

FILED
DISTRICT COURT OF GUAM
FEB 26 2008
JEANNE G. QUINATA
Clerk of Court

RECEIVED
APR 26 2007
US MARSHALS SERVICE-GUAM

UNITED STATES OF AMERICA

V.

LAU KAM-KEUNG aka
KAM KUENG LAU aka DAVY LAU

WARRANT FOR ARREST

Case Number: CR-94-00007-002

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  LAU KAM-KEUNG aka KAM KUENG LAU aka DAVY LAU
                                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☑ Violation Notice

charging him or her with   (brief description of offense)

SEE EX PARTE MOTION FOR A WARRANT OF ARREST TO REVOKE THE DEFENDANT'S
RELEASE CONDITIONS, FILED MARCH 15, 1994

in violation of Title ___18___ United States Code, Section(s) ___3148(b)___

WALTER M. TENORIO
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Signature of Issuing Officer

4/25/2007          HAGATNA, GUAM
Date               Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at  A
HONG KONG CORRECTIONAL CENTER IN HONG KONG (PEOPLES REPUBLIC OF CHINA)

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 4-26-08 | JOHN C. UNTALAN | |
| DATE OF ARREST | | |
| 2-25-08 | | |

ORIGINAL

AO 442    (Rev. 10/03) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: __LAU KAM-KEUNG aka KAM KUENG LAU aka DAVY LAU__

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: