LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 94-00007-02 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| KAM KEUNG LAU, ) | |
| aka DAVY LAU, ) | |
| ) | |
| Defendant. ) | |

I hereby certify that on May 22, 2008, I electronically filed United States Trial Memorandum with the Clerk of Court using the CM/ECF system, and I hereby certify that on May 22, 2008, I caused to be served via U.S. Mail and/or hand delivery, copies of the aforementioned document(s) to the following non-registered participant: David J. Lujan, Suite 300, DNA Bldg., 238 Archbishop Flores Street, Hagatna, Guam

                                            LEONARDO M. RAPADAS
                                            United States Attorney
                                            Districts of Guam and NMI

                            By:   /S/ Frederick A. Black
                                  FREDERICK A. BLACK
                                  Assistant U.S. Attorney