# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-94-00007-0002  DATE: May 27, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley     Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos     Electronically Recorded: 9:16:39 - 9:29:08
                                                                10:52:58 - 10:59:34
                                                                11:00:02 - 12:16:42

**APPEARANCES:**
Defendant: Lau Kam-Keung     Attorney: Leilani Lujan
☑Present ☑Custody ☐Bond ☐P.R.     ☑Present ☑Retained ☐FPD ☐CJA
U.S. Attorney: Frederick A. Black  U.S. Agent: K. Klocke, Immigration and Customs Enforcement
U.S. Probation: Carleen Borja
Interpreter:                  Language:

**PROCEEDINGS: Sentencing**
- Exhibit marked and admitted -- see attached Exhibit and Witness List.
- Motions for downward departure denied.
- Defendant committed to the Bureau of Prisons for a term of 282 days with credit for time served, for Counts I and III, to be served concurrently
- Upon release from imprisonment, defendant is placed on supervised release for a term of two (2) years.
- Fine waived.
- Special assessment fee of $100.00 shall be paid immediately after sentencing.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service.
- Counts II and IV are dismissed.

NOTES:

| United States of America | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| LAU KAM-KUENG | Case Number: **CR-94-00007-002** |

| PRESIDING JUDGE **Frances M. Tydingco-Gatewood** | PLAINTIFF'S ATTORNEY **Frederick A. Black** | DEFENDANT'S ATTORNEY **Leilani Lujan** |
|---|---|---|
| HEARING DATE (S) **May 27, 2008** | COURT REPORTER Wanda Miles | COURTROOM DEPUTY Carmen B. Santos |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | A | 5/27/08 | 5/27/08 | 5/27/08 | May 23 2008 Letter from Defendant Lau, Kam-Keung |